JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ELMIRA COPELAND, individually, and
as Executrix of the Estate of Ralph
Copeland, ELMIRA COPELAND,
and as guardian of CHAILESE
GONZALES, a minor child,

     Plaintiffs,

vs.

DAVID THAWLEY, an individual, et al.,

     Defendants.

CASE NO.  CV-N-05-0290-LRH-(RAM)

STIPULATION AND ORDER FOR
ENLARGEMENT OF TIME
(FIRST REQUEST)

The parties by and through the undersigned counsel of record hereby stipulate and

agree that the time in which Plaintiff shall have to serve and file her opposition to the Motion

for Summary Judgment may and should be enlarged for a period of 14 days, from November

3, 2006 to and including November 17, 2006.

DATED November 1, 2006

LAW OFFICE OF
JEFFREY A. DICKERSON

JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED  11/1/06

NEVADA SYSTEM OF HIGHER EDUCATION

CHARLES HILSABECK
Counsel for Defendant

ORDER

IT IS SO ORDERED this 6th day of November, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664