```
JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELMIRA COPELAND, individually, and as Executrix of the Estate of Ralph Copeland, ELMIRA COPELAND, and as guardian of CHAILESE GONZALES, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID THAWLEY, an individual, et al.,<br><br>Defendants.<br>_____/ | CASE NO. CV-N-05-0290-LRH-(RAM)<br><br>STIPULATION AND ORDER FOR ENLARGEMENT OF TIME (SECOND REQUEST) |

The parties by and through the undersigned counsel of record hereby stipulate and agree that the time in which Plaintiff shall have to serve and file her opposition to the Motion for Summary Judgment may and should be enlarged for a additional period of 14 days, from November 17th, 2006 to and including December 1st, 2006.

DATED November 17 2006                      DATED 11/17/06

LAW OFFICE OF                               NEVADA SYSTEM OF HIGHER EDUCATION
JEFFREY A. DICKERSON

_/s/ Jeffrey A. Dickerson_                  _/s/ Charles Hilsabeck_
JEFFREY A. DICKERSON                        CHARLES HILSABECK
Counsel for Plaintiff                       Counsel for Defendant

ORDER

IT IS SO ORDERED this 21st day of November, 2006.

_/s/ Larry R. Hicks_

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE